UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **FIRST CHRISTIAN CHURCH,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SOCIAL SECURITY ADMINISTRATION,** )<br>)<br>**Defendant.** ) | **CAUSE NO.  3:05-CV-285 AS** |

### *OPINION AND ORDER*

Darrel M. Scheuer, a frequent *pro se* litigator before this court, has filed this case ostensibly by the First Christian Church against the Social Security Administration. The Social Security Administration has been the most common object of Mr. Scheuer's litigation even where, as here, that agency has nothing to do with the claims asserted. Perhaps this is because the court has pre-printed complaint forms for filing social security appeals.

> First Christian Church asks the court to issue an order allowing them to perform marriages, funerals, baptisms, communion, and counseling, and playing bingo games under the church charter.

Complaint at 2.

> First Christian Church asks the court to issue an order allowing them to train and ordain men and women in work assignments through Notary Public Services paperwork with a certificate under the church charter.

Complaint at 3. Notary Public claims are another hallmark of Mr. Scheuer's complaints.

The "church" did not pay the filing fee; rather, it filed an *in forma pauperis* petition. Both the complaint and the petition are signed First Christian Church, but the handwriting throughout is unmistakably that of Mr. Scheuer. Additionally the "church" "shares" his P.O. Box[1] and claims him as a dependant.

This case is frivolous. The Social Security Administration has nothing to do with any of the relief sought by the "church" and none of these claims are properly addressable to a federal district court.

On April 15, 2004, Mr. Scheuer was cautioned that:

> if he continue[d] to file frivolous lawsuits, the court may direct the clerk to cease providing him with forms, and he may be sanctioned with fines and/or barred from filing in this court.

*Scheuer v. Secretary of Health and Human Services*, 3:04-CV-249 RM (N.D. Ind. filed April 6, 2004), docket # 3 at 2. Unfortunately, Mr. Scheuer chose not to head that warning. Because his litigation appears to be fueled by the mis-use of forms supplied by this court, the clerk will be directed to cease sending any forms to either him or his address regardless of who is "sharing" it or in whose hand writing the request is made. This is the gentlest of sanctions available to this court. Hopefully greater sanctions will not be necessary, but Mr. Scheuer is again cautioned that if he continues to file frivolous lawsuits, he may be sanctioned with fines and or barred from filing in this court.

For the foregoing reasons, the court:

---

[1] Others have also "shared" Mr. Scheuer's P.O. Box and their letters and complaints were also written in his same characteristic handwriting and complained about similar subject matter.

(1) **DENIES** the *in forma pauperis* petition (docket # 1);

(2) **DISMISSES** the complaint with prejudice;

(3) **DIRECTS** the clerk to add Darrel M. Scheuer to the docket of this case as a movant;

(4) **DIRECTS** the clerk to cease sending any forms to either Darrel M. Scheuer or to his address; and

(5) **CAUTIONS** Darrel M. Scheuer that if he continues to file frivolous lawsuits, he may be sanctioned with fines and or barred from filing in this court.

**IT IS SO ORDERED.**

**ENTERED: May 11, 2005**

                                        **s/ ALLEN SHARP**
                                      **ALLEN SHARP, JUDGE**
                                      **UNITED STATES DISTRICT COURT**